1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
   Facsimile:   (415) 268-1999
4  Email:       matt.jaksa@hro.com
5
   Attorneys for Plaintiffs,
6  UMG RECORDINGS, INC.; LAFACE
   RECORDS LLC; BMG MUSIC; SONY
7  BMG MUSIC ENTERTAINMENT; and
   ARISTA RECORDS LLC
8
9                UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                    OAKLAND DIVISION
12
13  UMG RECORDINGS, INC., a Delaware          CASE NO. 4:07-CV-04843-CW
    corporation; LAFACE RECORDS LLC, a
14  Delaware limited liability company; BMG   Honorable Claudia Wilken
    MUSIC, a New York general partnership; SONY
15  BMG MUSIC ENTERTAINMENT, a Delaware       **SUPPLEMENTAL DECLARATION OF**
    general partnership; and ARISTA RECORDS   **MATTHEW FRANKLIN JAKSA IN**
16  LLC, a Delaware limited liability company, **FURTHER SUPPORT OF *EX PARTE***
                                              **APPLICATION FOR LEAVE TO TAKE**
17                  Plaintiffs,               **IMMEDIATE DISCOVERY**
18
19          v.
20
21  JOHN DOE,
                    Defendant.
22
23
24
25
26
27
28

   SUPPLEMENTAL DECLARATION OF MATTHEW FRANKLIN JAKSA
   Case No. 4:07-cv-04843-CW
   #34768 v1

## DECLARATION OF MATTHEW FRANKLIN JAKSA

I, Matthew Franklin Jaksa, declare:

1.    I am an associate in the law firm of Holme Roberts & Owen LLP ("HRO").  HRO serves as lead national counsel for the record companies in all actions like the current case.  I have personal knowledge of all facts set forth in this declaration, except as where stated on information and belief.  As to such facts, I believe them to be true.

2.    On January 4, 2008, a clerk for the Honorable Claudia Wilken contacted me by telephone and requested that Plaintiffs submit to the Court the list of files Defendant has made available for distribution to the public, as referenced in Paragraph 19 of the Declaration of Carlos Linares in Support of Plaintiffs' *Ex Parte* Application For Leave to Take Immediate Discovery, previously filed by Plaintiffs on September 20, 2007.  Attached as **Exhibit A** is a true and correct copy of that list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of January, 2008, at San Francisco, California.

_____
Matthew Franklin Jaksa

1

# EXHIBIT A

```
          CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
Evidence for Log Ref ID: 126467937

Log for User at address 207.62.147.104:9235 generated on 4/23/2007 3:37:06 AM EDT
(-0400 GMT)
Total Recognized Files Being Distributed: 1026
-----------------------------
Total Recognized Audio Files: 509
Total Recognized Video Files: 0
Total Recognized Software Files: 0
Total Recognized Document Files: 0
-----------------------------

File Name: Ludacris Ft. Mary J. Blige - Runaway Love.mp3 (5,633,156 bytes)

File Name: Tevin Campbell - Always In My Heart.mp3 (5,423,914 bytes)

File Name: The Spill Canvas - Under The Covers.mp3 (4,881,854 bytes)

File Name: Jamie Kennedy & Stu Stone - Circle Circle Dot Dot.mp3 (3,814,011 bytes)

File Name: The Spill Canvas-The Dutch Courage.mp3 (6,676,490 bytes)

File Name: Pitt Bull ft Lil John - Toma.mp3 (5,118,364 bytes)

File Name: Hip hop Instrumentals - Mystikal - Danger.mp3 (5,065,435 bytes)

File Name: Mistah Fab Sumalumah.mp3 (5,097,600 bytes)

File Name: 07 Omarion - 21 - 07 -Just that sexy.mp3 (3,718,297 bytes)

File Name: Reynard Silva - Everytime.mp3 (6,535,168 bytes)

File Name: Merciless Muzic feat. Mistah F.A.B. - The Slap.mp3 (5,069,889 bytes)

File Name: Lil John, E-40, Sean Paul - Snap Your Fingers.mp3 (4,422,854 bytes)

File Name: 05 - Marques Houston - Naked.mp3 (5,298,641 bytes)

File Name: Instrumentals - Lil Scrappy ft Young Buck - Money In The Bank.mp3
(5,838,390 bytes)

File Name: Nickelback - Someday.mp3 (5,020,705 bytes)

File Name: Mario - Just A Friend.mp3 (4,990,976 bytes)

File Name: Akon - Konvicted - 12 - Dont Matter.mp3 (7,161,529 bytes)

File Name: Jackson 5 - I'll Be There.mp3 (3,755,176 bytes)

File Name: R&B - R Kelly - I Wish!.mp3 (5,468,996 bytes)

File Name: Ruben Studdard - Sorry For 2004.mp3 (6,274,159 bytes)

File Name: Mario Vasquez - Gallery.mp3 (5,380,663 bytes)

File Name: Robin Thicke Ft. Lil Wayne - All Night Long.mp3 (5,905,076 bytes)

File Name: Gavin DeGraw - Chariot.mp3 (3,901,275 bytes)

File Name: The Pack ft. Too Short - Dum Didi Dum.mp3 (2,996,781 bytes)

File Name: Keak da sneak - Fast like a nascar.mp3 (2,868,190 bytes)
```

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: Jodeci - Stay.mp3 (4,718,592 bytes)

File Name: Disney - Jungle Book - The Bare Necessities.mp3 (4,645,039 bytes)

File Name: The Team - Hyphy Juice (Remix).mp3 (5,035,625 bytes)

File Name: 03 - Reynard Silva - Treat U Right.mp3 (4,906,064 bytes)

File Name: The Temptations - Just My Imagination.mp3 (3,698,882 bytes)

File Name: The A'z - Punk Rock Beezy.mp3 (3,278,846 bytes)

File Name: D4L-Shake That Laffy Taffy.mp3 (5,035,444 bytes)

File Name: Mario Vasquez - One Shot.mp3 (6,211,202 bytes)

File Name: Lil' Romeo, Nick Cannon, & 3LW- Parents Just Don't Understand.mp3 (5,660,672 bytes)

File Name: Diddy - Press Play -16- Last Night (ft. Keyshia Cole).mp3 (6,206,471 bytes)

File Name: The Pack - Vans (Remix).mp3 (6,574,317 bytes)

File Name: Disney - Hercules - Zero to Hero.mp3 (2,251,507 bytes)

File Name: Justin Timberlake - FutureSex LoveSounds - Losing My Way.mp3 (5,157,929 bytes)

File Name: Omarion - 21 - 07 - Midnight.mp3 (6,813,318 bytes)

File Name: Ray J - What I Need.mp3 (3,419,044 bytes)

File Name: R.Kelly ft.T-Pain & T.I.- I'm A Flirt (The Official Remix)-2007.mp3 (7,634,946 bytes)

File Name: Marques Houston feat. Mya & Shawnna - Hold' N Back.mp3 (6,313,856 bytes)

File Name: Trick Daddy - Tuck Ya Ice (Instrumental).mp3 (6,426,351 bytes)

File Name: Bobby Valentino feat. Timbaland- Anonymous.mp3 (5,903,202 bytes)

File Name: Nickelback - Photogragh.mp3 (3,973,854 bytes)

File Name: mistah fab - punk rock beezy.mp3 (3,278,846 bytes)

File Name: Reynard Silva - Telling The Truth.mp3 (4,937,856 bytes)

File Name: Justin Timberlake - Cry Me A River.mp3 (4,693,251 bytes)

File Name: Instrumental - Rich Boy - Throw Some D's feat. Polow Da Don.mp3 (6,282,183 bytes)

File Name: Bay - E-40 - My Ghetto Report Card - Muscle Cars.mp3 (5,756,202 bytes)

File Name: Case & Joe - Faded Pictures.mp3 (4,720,830 bytes)

File Name: Ludacris - Release Therapy - 02 - Grew Up A Screw Up (featuring Young Jeezy).mp3 (4,794,614 bytes)

File Name: Tyrese - How You Gonna Act Like That .mp3 (4,557,136 bytes)

File Name: Tevin Campbell - Round And Round.mp3 (3,799,040 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt

File Name: Robin Thicke - Complicated.mp3 (6,250,480 bytes)

File Name: Amanda Perez-God Send Me An Angel.mp3 (3,526,449 bytes)

File Name: Michael Jackson - Bad.mp3 (3,958,491 bytes)

File Name: The Spill Canvas - Break a Leg.mp3 (4,917,120 bytes)

File Name: Stomp The Yard soundtrack - E-40 - Go Hard Or Go Home.mp3 (6,046,539 bytes)

File Name: Oldies - The Temptations - Sugar Pie, Honey Bunch.mp3 (2,620,314 bytes)

File Name: BAY AREA - The Federation - Go dumb Remix.mp3 (4,937,136 bytes)

File Name: Ja Rule feat. Ashanti - Always On Time.mp3 (5,931,179 bytes)

File Name: Johtna Austin - Better.mp3 (4,022,178 bytes)

File Name: One Chance feat. Fabo Of D4L - Look At Her.mp3 (5,101,568 bytes)

File Name: Ali & Gipp ft. Nelly & J.D - Hard in the Paint.mp3 (5,577,347 bytes)

File Name: Banky W. - My Regret.mp3 (4,159,156 bytes)

File Name: 2 Pac Tupac - Changes.mp3 (5,387,325 bytes)

File Name: TeamKnoc Ft Mistah Fab - Good Is Dumb.mp3 (2,275,275 bytes)

File Name: iMX- My Very First Time.mp3 (4,258,672 bytes)

File Name: The Spill Canvas - The Night Will Go As Follows.mp3 (7,517,316 bytes)

File Name: The Pack - Booty Bounce Bopper.mp3 (6,172,887 bytes)

File Name: Robin Thicke - Superman.mp3 (4,718,918 bytes)

File Name: Teddy Geiger - Try Too Hard.mp3 (3,155,968 bytes)

File Name: Instrumentals - Lil' Keke - Chunk Up The Deuce.mp3 (7,072,881 bytes)

File Name: Dream - Mr Telephone Man.mp3 (4,828,026 bytes)

File Name: Lil Rob - Stuck With You.mp3 (8,658,068 bytes)

File Name: Lionel_Richie- I Call It Love.mp3 (5,623,808 bytes)

File Name: Sammie - Friend Like You.mp3 (4,276,224 bytes)

File Name: D4L - Betcha Can't Do it like me.mp3 (5,272,005 bytes)

File Name: Avant - Lie About Us.mp3 (6,417,050 bytes)

File Name: Keak Da Sneak - Super Hyphy Thizz Remix ft Mistah Fab, G-Stack, Rydah J Klyde, Dubee, PSD.mp3 (5,500,884 bytes)

File Name: Blackstreet, Mya & Mase - Take Me There (Rugrats Movie).mp3 (4,775,223 bytes)

File Name: The Pack - I'm Shining.mp3 (5,413,883 bytes)

File Name: Jodeci - Cry For You.mp3 (4,835,328 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt

File Name: Greese Soundtrack - Greased Lightning.mp3 (3,115,802 bytes)

File Name: Disney - Oliver and Company - Why Should I Worry - Billy Joel.mp3 (3,441,435 bytes)

File Name: Grease - Tell me more.mp3 (3,475,375 bytes)

File Name: Teddy Geiger - She's On My Mind.mp3 (4,229,120 bytes)

File Name: T-Pain Feat. Akon - U Got Me.mp3 (5,265,339 bytes)

File Name: Ludacris - Roll Out.mp3 (3,698,734 bytes)

File Name: Teddy Geiger - Do you even care.mp3 (3,733,716 bytes)

File Name: Too Short - Im A Player.mp3 (5,765,041 bytes)

File Name: Raptile ft Trey Songz - Missing your Kisses.mp3 (5,867,020 bytes)

File Name: DJ UNK- Walk It Out.mp3 (3,766,834 bytes)

File Name: Tyrone Wells - Wondering Where You Are.mp3 (4,200,603 bytes)

File Name: Team Knoc- Metro Phone.mp3 (3,520,385 bytes)

File Name: Teddy Geiger - Look Where We Are Now.wma (3,519,537 bytes)

File Name: The Federation ft. E-40 - Hyphy.mp3 (4,671,276 bytes)

File Name: Bobby Tinsley - Can We Get Back.mp3 (7,010,897 bytes)

File Name: Disney - Lion King - The Lion Sleeps Tonight - Paul Simon.mp3 (2,526,088 bytes)

File Name: Tyrese - Signs of Lovemaking.mp3 (5,903,554 bytes)

File Name: Instrumentals - Ludacris - Blueberry Yum Yum.mp3 (5,658,707 bytes)

File Name: Sean Paul - Like Glue.MP3 (1,644,544 bytes)

File Name: 3T - Stuck On You.mp3 (5,147,551 bytes)

File Name: Tyrone Wells - Snapshot - Sea Breeze.mp3 (7,601,626 bytes)

File Name: Too Short ft Snoop Dogg & Will I Am - Keep Bouncing.mp3 (8,162,403 bytes)

File Name: The Federation ft. E-40 - I wear my Stunna shades at night.mp3 (5,118,520 bytes)

File Name: Bobby Tinsley - Until They're Gone.mp3 (5,045,345 bytes)

File Name: team knoc - ipod slappin.mp3 (2,610,019 bytes)

File Name: Faith Evans - True Love.mp3 (5,331,890 bytes)

File Name: Marques Houston ft. Omarion - Alone.mp3 (6,041,617 bytes)

File Name: Potzee feat. Mistah FAB - Dat Girl (Bay Area Remix).mp3 (6,242,850 bytes)

File Name: Bubba Sparxx ft. Ying Yang Twins - Ms New Booty (dirty).mp3 (5,720,117 bytes)

Page 4

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: TLC-Unpretty.mp3 (4,453,399 bytes)
File Name: The Spill Canvas - Staplegunned.mp3 (3,888,642 bytes)
File Name: Craig David - Last Night.mp3 (4,340,049 bytes)
File Name: Jojo - How To Touch A Girl.mp3 (6,776,689 bytes)
File Name: Marques Houston - Sex With You.mp3 (7,217,660 bytes)
File Name: 06 Where'd You Go.mp3 (3,739,264 bytes)
File Name: the spill canvas - still walking after you.mp3 (2,044,733 bytes)
File Name: Avant - 4 Minutes.mp3 (4,925,440 bytes)
File Name: J-Kwon feat. Petey Pablo - Get xxx'd.mp3 (3,803,839 bytes)
File Name: 3T - Anything.mp3 (5,135,900 bytes)
File Name: 03 - Closer To You.mp3 (4,996,483 bytes)
File Name: Johnta Austin - Lil More Love (Dirty).mp3 (6,165,841 bytes)
File Name: team knoc muscle.wma (23,102 bytes)
File Name: Matisyahu- Indestructable 1.mp3 (4,310,209 bytes)
File Name: Marques Houston- Walk Away.mp3 (5,036,032 bytes)
File Name: Reynard Silva- Butterflies.mp3 (5,362,328 bytes)
File Name: The Clipse - Mr. Me Too (ft. Pharrell Williams).mp3 (4,475,327 bytes)
File Name: Lovehammers (Marty Casey) - Trees.mp3 (3,490,837 bytes)
File Name: The Team - Hyphy Juice.mp3 (4,822,540 bytes)
File Name: Cassidy - Don't Get No Better.mp3 (3,760,343 bytes)
File Name: Ali And Big Gipp - Go Head.mp3 (9,139,887 bytes)
File Name: Ja Rule - Put It On Me.mp3 (6,298,027 bytes)
File Name: Bobby Valentino - Turn The Page.mp3 (4,243,584 bytes)
File Name: Tevin Campbell - Can We Talk.mp3 (4,573,019 bytes)
File Name: Will Smith - Men In Black.mp3 (3,733,259 bytes)
File Name: Ray J - Raydiation - 10 Exotic.mp3 (3,685,273 bytes)
File Name: Disney - Toy Story 2 - When She Loved Me - Sarah McLaughlin.mp3 (2,945,167 bytes)
File Name: Omarion - Growing Pains.mp3 (4,072,107 bytes)
File Name: E-40 - My Ghetto Report Card - 18 - Yay Area.mp3 (4,973,075 bytes)
File Name: Akon - Lonely.mp3 (5,704,771 bytes)
File Name: Twista Ft Trey Songz - Girl tonight.mp3 (5,453,824 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: Ready for the World - Let Me Love You Down.mp3 (4,685,824 bytes)

File Name: Lil John - Get Low .mp3 (8,018,612 bytes)

File Name: Keak Da Sneak - On Citas.mp3 (3,280,042 bytes)

File Name: Mims -This Is Why I'm Hot (DIRTY).mp3 (6,133,772 bytes)

File Name: Pretty Ricky - Can't Live Without You .mp3 (7,538,041 bytes)

File Name: Lloyd - Get It Shawty.mp3 (5,183,615 bytes)

File Name: Deepside - I Aint Neva by LDee.mp3 (4,823,168 bytes)

File Name: Michael Jackson - Billy Jean.mp3 (4,709,190 bytes)

File Name: Ja Rule ft Ashanti-Put It On Me.mp3 (6,864,692 bytes)

File Name: Blackeyed Peas - Where is the Love.mp3 (5,464,625 bytes)

File Name: 07-marques_houston-exclusively.mp3 (6,688,785 bytes)

File Name: Johnta Austin - Changed Man [Jazze Pha Remix].mp3 (3,715,200 bytes)

File Name: Keak Da Sneak- Super Hyphy (Thats My Word).mp3 (4,445,531 bytes)

File Name: Twister-sunshine.mp3 (5,381,380 bytes)

File Name: Disney's Lilo And Stitch - Hawaiin Roller Coaster Ride - Mark Keali'i
Ho'omalu-Kamehameha Schools Children's Choir.mp3 (4,999,464 bytes)

File Name: Aaron Carter - Aarons Party.mp3 (3,333,770 bytes)

File Name: Fat Joe Ft. Nelly - Get It Poppin.mp3 (3,411,116 bytes)

File Name: Baby_Boy_Da_Prince_-_The_Way_I_Live_(Dirty).mp3 (7,710,620 bytes)

File Name: Oldies - The Temptations - My Girl.mp3 (2,640,249 bytes)

File Name: Pitbull - aye chico.mp3 (6,705,602 bytes)

File Name: Amanda Perez - I Pray.mp3 (3,620,746 bytes)

File Name: Disney - Tarzan - Youll Be In My Heart (Phil Collins).mp3 (3,094,552
bytes)

File Name: Sister Act 2 - Oh happy days.mp3 (3,773,396 bytes)

File Name: ludacris - move bitch.mp3 (4,335,457 bytes)

File Name: Robin Thicke - 11 - Superman.m4a (4,314,183 bytes)

File Name: Back Street Boys - Quit Playing Games With My Heart.mp3 (3,755,614 bytes)

File Name: Elton John - Saturday Night is Alright for Fighting.mp3 (4,698,405 bytes)

File Name: Reynard Silva - Don't Wanna Hurt.mp3 (5,107,037 bytes)

File Name: GO DAV FT. TEAM KNOCK.mp3 (8,965,248 bytes)

File Name: DJ Unk - Walk It Out (Remix) (feat. Andre 3000 Of Outkast & Jim
Jones).mp3 (5,408,601 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: T.I. ft Nelly - Get Loose.mp3 (6,057,347 bytes)

File Name: Jay-Z & DMX (Aries Spears) - Dissin' Cam'ron.mp3 (7,982,645 bytes)

File Name: soul 4 real - Ain't No Sunshine When She's Gone (1).mp3 (6,997,460 bytes)

File Name: Oldies- The Temptations - Aint No Mountain High Enough.mp3 (2,201,600 bytes)

File Name: Bobby Tinsley - Do What You Wanna Do.mp3 (6,326,272 bytes)

File Name: Johnta_Austin Ft. Daz_Dillinger - The_Weekend.mp3 (5,748,864 bytes)

File Name: Mistah Fab- Jus Wanna Get Hyphy.mp3 (5,437,189 bytes)

File Name: Aerosmith - I Don't Wanna Miss A Thing.mp3 (4,743,044 bytes)

File Name: christina aguilera - beautiful.mp3 (3,819,520 bytes)

File Name: Baby Huey - Pop Lock And Drop It.mp3 (6,263,527 bytes)

File Name: tyrone davis - be honest with me.mp3 (4,735,981 bytes)

File Name: Scweez ft. Mistah FAB - Greenlight.mp3 (4,399,943 bytes)

File Name: Ludacris - Youse A Hoe.mp3 (5,107,257 bytes)

File Name: The Spill Canvas - sunsets and carcrashes.mp3 (4,803,988 bytes)

File Name: Tyrese ft.Genuwine, RL, Case - Be My Wifey.mp3 (3,927,500 bytes)

File Name: The Team ft. Da Bay Area's Greatest - It's Getting Hot In Here (remix).mp3 (4,183,198 bytes)

File Name: 90's - Soul 4 Real - Ain't No Sunshine.mp3 (1,578,631 bytes)

File Name: Robin Thicke - Lost Without You.mp3 (8,056,470 bytes)

File Name: Mila J-Complete.mp3 (3,673,861 bytes)

File Name: Omarion ft Usher - Icebox Remix(1).mp3 (2,883,975 bytes)

File Name: Ginuwine, Timberland - Same Old G.mp3 (4,194,973 bytes)

File Name: Nelly- Air Force Ones.mp3 (4,865,643 bytes)

File Name: Instrumentals - Bow Wow - Shorty Like Mine .mp3 (5,447,139 bytes)

File Name: Mims - Like This.mp3 (3,587,482 bytes)

File Name: Swizz Beats - Its Me Bitches Remix (Lil Wayne , Jadakiss , R Kelly)-(3-18-07)(1).mp3 (4,720,442 bytes)

File Name: Slow Jams-Tyrese - Sweet Lady.mp3 (4,681,376 bytes)

File Name: Omarion I Wish.mp3 (3,814,382 bytes)

File Name: The Temptations - Lean On Me .mp3 (3,635,200 bytes)

File Name: mase - lookin' at me.mp3 (4,113,609 bytes)

File Name: Elton John - Step Into Christmas.mp3 (4,313,675 bytes)

        CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: Instrumentals - Dem Franchize Boys - Lean With It, Rock With It.mp3
(5,458,770 bytes)

File Name: Zion I ft. The Grouch & Mistah F.A.B. - Hit Em Up.mp3 (5,970,048 bytes)

File Name: Instrumental - Want You ft. Lloyd & Lil Wayne.mp3 (4,428,322 bytes)

File Name: Bobby Tinsley_-_Never_Give_Up_On_Love.mp3 (4,627,126 bytes)

File Name: Disney- Hercules- I Can Go The Distance.MP3 (3,107,123 bytes)

File Name: Remy Ma ft. NeYo - Feels So Good.mp3 (7,753,626 bytes)

File Name: Lil' Bow Wow, Lil' Sammie, Lil' Zane, Lil' Wayne - Strike One (Hardball
soundtrack).mp3 (3,824,695 bytes)

File Name: Rap - Big Tymers - Still Fly (Instrumentals).mp3 (5,385,031 bytes)

File Name: Fat Joe.Ja Rule ft. Ashanti - Whats Love.mp3 (6,411,275 bytes)

File Name: Lil Wayne - Hustla Musik.mp3 (8,438,507 bytes)

File Name: Moulin Rouge - Elephant Love Song Medley - Nicole Kidman Ewan Mcgregor
Jamie Allen.mp3 (6,083,775 bytes)

File Name: Busta Rhymes feat. Lloyd Banks, Papoose, DMX, Mary J. Blige, Rah Digga,
Missy Elliott - Touch It (remix).mp3 (9,338,804 bytes)

File Name: Disney - The Lion King - I Just Cant Wait To Be King.mp3 (2,734,392
bytes)

File Name: Cassidy-I'm A Hustla.mp3 (3,313,664 bytes)

File Name: E-40 Feat. T Pain - You N' Dat.mp3 (4,741,120 bytes)

File Name: Aaliyah - I Miss You.mp3 (5,812,733 bytes)

File Name: Drino Man - Fuck Vans remix.mp3 (8,120,725 bytes)

File Name: Disney Soundtracks - Jungle Book - I Wanna Be Like You.mp3 (2,290,719
bytes)

File Name: Instrumental - Jim Jones - We fly high.mp3 (4,522,425 bytes)

File Name: Instrumentals - PAUL WALL - sittin sideways.mp3 (5,036,270 bytes)

File Name: RHIANNA - WE RIDE.mp3 (5,729,377 bytes)

File Name: Jojo - Leave (Get Out).mp3 (5,457,170 bytes)

File Name: Pretty Ricky - Late Night Special - 06 - So Confused.mp3 (6,352,071
bytes)

File Name: The Spill Canvas - Black Dresses.mp3 (8,663,548 bytes)

File Name:
06-snoop_dogg-candy_(drippin_like_water)_(feat_e-40_mc_eiht_goldie_loc_daz_and_kurup
t)(1).mp3 (6,915,964 bytes)

File Name: Stomp The Yard - Original Soundtrack - 08 - The Deepest Hood - Al
Kapone.mp3 (5,537,418 bytes)

File Name: Rhianna - A million miles away.mp3 (6,039,355 bytes)
                                   Page 8

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt

File Name: Instrumentals - Rick Ross - Push It.mp3 (5,008,372 bytes)

File Name: Cassidy - Im A Hustler.MP3 (6,464,828 bytes)

File Name: Pretty Ricky - Late Night Special - 11 - Make It like It Was.mp3 (9,202,883 bytes)

File Name: Sammie - The Crazy Things I Do For Love.mp3 (4,861,411 bytes)

File Name: Young Love-Close Your Eyes.mp3 (4,331,931 bytes)

File Name: Justin Timberlake - 06 - What Goes Around...Comes Around.mp3 (10,770,643 bytes)

File Name: Keak Da Sneak - Touch On Me.mp3 (5,667,361 bytes)

File Name: Cassidy - B Boy Stance.mp3 (4,917,900 bytes)

File Name: The Spill Canvas - 03 - Polygraph, Right Now.mp3 (4,828,696 bytes)

File Name: sea_breeze.mp3 (140,019 bytes)

File Name: Houston - It's Already Written - Ain't Nothing Wrong.mp3 (6,756,352 bytes)

File Name: Secondhand Serenade - Vulnerable.mp3 (3,235,883 bytes)

File Name: DeepSide - Faithful.mp3 (3,998,238 bytes)

File Name: Bobby Valentino - I Wonder.mp3 (8,304,682 bytes)

File Name: Stomp The Yard Soundtrack - R.E.D. 44 - Bounce with Me.mp3 (2,956,157 bytes)

File Name: Michael Jacksons and the Jackson 5 - Can You Feel It.mp3 (3,884,798 bytes)

File Name: Micheal Jackson - Man In The Mirror.mp3 (5,112,604 bytes)

File Name: JD feat. P Diddy, Murphy Lee, and Snoop Dogg - Welcome to Atlanta (remix).mp3 (4,860,128 bytes)

File Name: Instrumentals-Slow Down_Bobby Valentino.mp3 (5,228,622 bytes)

File Name: T.I. - What You Know About That (Instrumental).mp3 (5,509,248 bytes)

File Name: Mila J ft. Marques Houston - Good Looking Out.mp3 (9,676,800 bytes)

File Name: Nickelback - So Far Away.mp3 (7,318,860 bytes)

File Name: Houston ft. Chingy - I Like That.mp3 (5,545,984 bytes)

File Name: Mac Dre - Thizzle Dance.mp3 (5,867,982 bytes)

File Name: Aries Spears - Freestyle (Live On Shade 45) Jay-Z feat. LL Cool J & DMX DJ Whoo Kid, Eminem, Charlie Murphy-Hollywood Homicide.mp3 (6,661,222 bytes)

File Name: Blue October - Into The Ocean.mp3 (5,801,366 bytes)

File Name: Instrumentals - Akon - I Wanna Fuck You.mp3 (2,924,505 bytes)

File Name: Tevin Campbell - Tell Me What You Want Me To Do.mp3 (4,797,881 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt

File Name: Marques Houston - Smile.mp3 (2,169,189 bytes)

File Name: Will Smith - Welcome to Miami .mp3 (3,161,989 bytes)

File Name: Johnta_Austin__Make_Her_The_One.mp3 (6,345,508 bytes)

File Name: Marques Houston - For Always.mp3 (4,160,331 bytes)

File Name: Neyo - Because Of You.mp3 (5,597,021 bytes)

File Name: Case - Shoulda Known Better.mp3 (3,371,643 bytes)

File Name: Pokemon- TV Theme Song (Full).mp3 (2,458,124 bytes)

File Name: Augustana - Boston.mp3 (5,151,621 bytes)

File Name: Usher - You Got It Bad.mp3 (3,895,182 bytes)

File Name: The Spill Canvas - All Hail the Heartbreaker.mp3 (4,929,538 bytes)

File Name: Silversun Pickups - Lazy Eye.mp3 (8,953,873 bytes)

File Name: Brandy - Have You Ever.mp3 (4,359,860 bytes)

File Name: twista feat faith evans - coach carter soundtrack - hope.mp3 (5,043,320 bytes)

File Name: Elliott Yamin - Wait For You.mp3 (4,179,872 bytes)

File Name: Omarion - icebox REMIX.mp3 (2,862,124 bytes)

File Name: Bobby Tinsley - Nobody Loves Me (Like You Do).mp3 (6,590,934 bytes)

File Name: Keak_Da_Sneak___That_Go.mp3 (5,525,675 bytes)

File Name: Bobby Tinsley - You Moved On.mp3 (5,926,420 bytes)

File Name: Frankie J - Priceless - 08 - Is This What You Call Love.mp3 (6,027,899 bytes)

File Name: Teddy Gieger- A Million Years.mp3 (3,391,616 bytes)

File Name: Ciara - 02 - Like A Boy.mp3 (5,759,178 bytes)

File Name: The All-American Rejects - It Ends Tonight.mp3 (7,427,108 bytes)

File Name: Instrumentals - Boyz N Da Hood - Trap Niggaz.mp3 (4,801,873 bytes)

File Name: The Temptations - I Can See Clearly Now.mp3 (3,101,598 bytes)

File Name: Young love - closer to you.mp3 (4,994,323 bytes)

File Name: The Spill Canvas -- So Much.mp3 (6,802,367 bytes)

File Name: Tevin Campbell - I'm Ready.mp3 (4,557,056 bytes)

File Name: Teamknoc Muzic - My Space Song.mp3 (2,735,775 bytes)

File Name: The Spill Canvas - This Is For Keeps.mp3 (7,959,154 bytes)

File Name: The Clipse - Ma, I Don't Love Her.mp3 (4,125,300 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: Sammie - 08 - Come With Me.mp3 (4,764,482 bytes)

File Name: The Spill Canvas - Valiant.mp3 (6,430,592 bytes)

File Name: Soul 4 Real - Every Little Thing I Do (Your On My Mind).mp3 (6,269,095 bytes)

File Name: Marques Houston - Veteran - Wonderful.mp3 (4,226,313 bytes)

File Name: The Starting Line - Best Of Me.mp3 (4,178,884 bytes)

File Name: Clyde_Carson_-_Hood_Stomped_Out.mp3 (6,607,389 bytes)

File Name: Jojo - Not That Kinda Girl.mp3 (5,022,790 bytes)

File Name: Michael Jackson - Thriller.mp3 (5,722,825 bytes)

File Name: Marques Houston - That Girl.mp3 (5,204,437 bytes)

File Name: Ja Rule ft. Ashanti- Mesmerized.mp3 (6,690,191 bytes)

File Name: Trick Daddy ft. Baby - Tuck Ya Ice In.mp3 (7,059,213 bytes)

File Name: Deepside - Lovely.mp3 (6,131,712 bytes)

File Name: Nickleback - Savin' Me.mp3 (6,506,506 bytes)

File Name: Deepside - What I Need.mp3 (5,306,368 bytes)

File Name: Pitbull feat. Frankie J - Tell Me.mp3 (5,712,968 bytes)

File Name: 09-sammie-back_2_love.mp3 (4,625,741 bytes)

File Name: Backstreet Boys - As Long As You Love Me.mp31 (3,518,934 bytes)

File Name: Michael Jackson - The Way You Make Me Feel.mp3 (4,760,597 bytes)

File Name: Johnta Austin - Turn It Up.mp3 (5,705,728 bytes)

File Name: tony yayo feat 50 cent - so seductive.mp3 (4,085,993 bytes)

File Name: DJ Unk - 2 Step.mp3 (5,210,700 bytes)

File Name: TLC - Waterfalls.mp3 (4,477,516 bytes)

File Name: Jojo- Too Little 2 late.mp3 (5,152,410 bytes)

File Name: Craig David - I'm Walking Away.mp3 (5,021,280 bytes)

File Name: Instrumental - Young Jeezy - I Luv It.mp3 (3,895,380 bytes)

File Name: Akon & Styles P - Locked Up.mp3 (5,971,908 bytes)

File Name: Teddy Geiger- Night Air.mp3 (3,708,678 bytes)

File Name: 08-akon-i_cant_wait.mp3 (4,247,044 bytes)

File Name: Deepside - Mah Chick.mp3 (3,706,871 bytes)

File Name: Closer To You.mp3 (7,612,458 bytes)

File Name: Reynard Silva - I Hide.mp3 (6,113,152 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: The Team - This My Song.mp3 (3,112,729 bytes)

File Name: 13-sammie-let_it_ride.mp3 (4,186,639 bytes)

File Name: teddy geiger - For you i will.mp3 (3,689,794 bytes)

File Name: A Goofy Movie - Stand Out.mp3 (2,910,722 bytes)

File Name: 11 - Marques Houston - Everything.mp3 (7,805,485 bytes)

File Name: Crime Mob feat Lil Scrappy - Rock Yo Hips (Remix).mp3 (5,105,792 bytes)

File Name: johnta austin featuring mary. blige - hood love.mp3 (4,181,956 bytes)

File Name: Trey Songz - Wonder Woman.mp3 (6,638,740 bytes)

File Name: Romeo ft. Marques Houston - Special Girl.mp3 (9,609,929 bytes)

File Name: 13 Do You Even Care.m4a (3,839,683 bytes)

File Name: Disney Aladdin - A Whole New World.mp3 (2,572,416 bytes)

File Name: The Fray - 03 - How to Save a Life.mp3 (6,954,809 bytes)

File Name: Marques Houston - Veteran - Hold N' Back featuring Mya and Shawnna.mp3 (7,033,443 bytes)

File Name: Marques Houston - Can I Call You.mp3 (6,659,099 bytes)

File Name: Too Short - Don't Fight The Feeling.mp3 (7,953,790 bytes)

File Name: The Spill Canvas - 3685.mp3 (4,994,379 bytes)

File Name: Traxamillion ft. Too Short & Mistah FAB - Sideshow.mp3 (3,078,503 bytes)

File Name: The Federation - Donkey.mp3 (6,036,488 bytes)

File Name: Childrens Songs Disney - Lion King - Hakuna Matata.mp3 (3,455,851 bytes)

File Name: Trey Songz ft Aretha Franklin & Juvenile - Just Gotta Make It(remix).mp3 (6,097,395 bytes)

File Name: T-Pain- Im Sprung.mp3 (5,702,471 bytes)

File Name: Dem Heizman Boys - Do Dat Heisman.mp3 (3,617,866 bytes)

File Name: Hoodstars ft. Mistah FAB, Clyde Carson, San Quinn, & Turf Talk - Grown Man On (Remix).mp3 (3,702,251 bytes)

File Name: The Team - Bottles Up.mp3 (6,873,047 bytes)

File Name: Nick Cannon ft. Anthony Hamilton- Can I Live.mp3 (4,244,522 bytes)

File Name: 80s - Ready For The World - Oh Sheila.mp3 (5,414,018 bytes)

File Name: keak da sneak - east oakland.mp3 (4,387,156 bytes)

File Name: Team Knoc - Fruity Pebble Punk Rock.mp3 (1,961,865 bytes)

File Name: Disney - Mulan - Reflections(Christina Aguilera).mp3 (3,447,927 bytes)

File Name: Chingy ft Tyrese - Pulling Me Back.mp3 (5,484,188 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: Sean Paul ft. Rihanna - Break It Off.mp3 (5,042,367 bytes)

File Name: Keak Da Sneak - Scraper Music.mp3 (4,045,495 bytes)

File Name: Will Smith - Just The Two Of Us.mp3 (5,037,452 bytes)

File Name: Three 6 Mafia - Doe Boy Fresh (feat. Chamillionaire).mp3 (4,061,427 bytes)

File Name: Jadakiss - Why.mp3 (6,869,398 bytes)

File Name: Lauren Hill - Can't Take My Eyes Off You.mp3 (3,634,283 bytes)

File Name: DMX- Lord Give Me A Sign.mp3 (3,852,747 bytes)

File Name: Santana, Carlos - Maria Maria (w Wyclef Jean).mp3 (5,251,624 bytes)

File Name: lil' scrappy ft sean paul & e-40 - oh yeah.mp3 (11,045,726 bytes)

File Name: Lean Back (remix).mp3 (4,579,328 bytes)

File Name: Ashley Parker Angel-Apology(1).mp3 (3,082,567 bytes)

File Name: Guerilla Black - Guerilla City - 04 - Youre The One featuring Mario Winans.mp3 (4,150,673 bytes)

File Name: 15-trey_songz_ft _twista-just_gotta_make_it-drx.mp3 (4,576,150 bytes)

File Name: The Pack-Ice Cream Song.mp3 (5,963,761 bytes)

File Name: Gavin DeGraw - More Than Anyone.mp3 (4,820,033 bytes)

File Name: Craig David - I'm Sorry (I Don't Love You No More).mp3 (5,904,938 bytes)

File Name: J. Valentine feat. Champ Bailey - Go Dumb (I'm Sprung Remix).mp3 (5,379,200 bytes)

File Name: Teddy Geiger- Falling.mp3 (2,068,636 bytes)

File Name: DJ Khaled feat. Akon, T.I., Rick Ross, Fat Joe, Birdman, Lil Wayne - We Taking Over.mp3 (6,440,484 bytes)

File Name: Lumidee Feat Tony Sunshine-She's Like The Wind.mp3 (5,077,263 bytes)

File Name: P.Diddy ft Christina Aguilera - Tell Me.mp3 (6,013,279 bytes)

File Name: Instrumental Crime Mobb - Knuck If You Buck.mp3 (4,317,535 bytes)

File Name: Team Knoc - My Shit Go (ft. Gorilla Pits).mp3 (4,109,342 bytes)

File Name: Mac dre - feeling myself.mp3 (3,421,944 bytes)

File Name: 09-bonecrusher_feat._onslaught-come_on.mp3 (8,583,944 bytes)

File Name: Jagged Edge Ft Jermaine Dupri - Stunnas.mp3 (4,605,411 bytes)

File Name: Genuwine - So Anxious.mp3 (3,836,575 bytes)

File Name: Backstreet Boys - As Long As You Love Me.mp3 (3,523,030 bytes)

File Name: 11-robin_thicke-superman.mp3 (4,717,177 bytes)

File Name: Instrumentals - Mims - This Is Why Im Hot.mp3 (6,133,651 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt

File Name: Tevin Campbell - I Like The Way (The Kissing Game).mp3 (4,419,584 bytes)

File Name: Deepside - Shook Remix.MP3 (4,063,638 bytes)

File Name: Mario - Let Me Love You.mp3 (5,919,056 bytes)

File Name: Disney songs - Hercules - I Won't Say I'm In Love.mp3 (2,248,960 bytes)

File Name: Deepside - Hot Friends.mp3 (4,798,720 bytes)

File Name: T-Pain - I'm Sprung.mp3 (3,798,561 bytes)

File Name: Mystical-Danger.mp3 (5,076,246 bytes)

File Name: Reynard Silva - No One Else.mp3 (3,406,835 bytes)

File Name: Bob Marley -Don't Worry, Be Happy.mp3 (3,749,568 bytes)

File Name: Pretty Ricky - Flossin.mp3 (2,760,716 bytes)

File Name: Avant feat. L'il Wayne - You Know What.mp3 (5,459,968 bytes)

File Name: The spill canvas - Caterpillars.mp3 (3,175,781 bytes)

File Name: Instrumentals - Rick Ross - Everyday Im Hustling.mp3 (6,163,695 bytes)

File Name: Ja Rule ft. Fat Joe & Jadakiss - New York , New York.mp3 (3,988,869 bytes)

File Name: The Spill Canvas - Himerus and Eros.mp3 (6,355,072 bytes)

File Name: Micheal Jackson - Do You Remember the Time.mp3 (3,842,008 bytes)

File Name: The Federation - Get Naked You Beezy1.mp3 (5,498,021 bytes)

File Name: Brian McNight - Back To One.mp3 (5,326,249 bytes)

File Name: Tyrone Wells - sea breeze.mp3 (6,197,376 bytes)

File Name: The Federation__E-40_-_I_Got_Grapes.mp3 (5,164,952 bytes)

File Name: Mase - Welcome Back.mp3 (5,792,873 bytes)

File Name: Bubba Sparxxx-Deliverance.mp3 (7,757,867 bytes)

File Name: Reynard Silva - My Girl.mp3 (3,872,499 bytes)

File Name: DJ Unk - Walk It Out (instrumental) - 80.mp3 (2,149,968 bytes)

File Name: 3T - I Need You.mp3 (3,790,053 bytes)

File Name: HYPHY ILL- keak da sneak.mp3 (4,690,689 bytes)

File Name: Oldies - The Temptations - Stand By Me.mp3 (2,603,240 bytes)

File Name: Teddy Geiger - Snow Blankets The Night - 04 Our Eyes.mp3 (3,715,029 bytes)

File Name: Mistah Fab - Ghost Ride It.mp3 (9,236,973 bytes)

File Name: Ashley Parker Angel - Soundtrack to Your Life.mp3 (1,633,514 bytes)

```
          CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: Stomp The Yard Soundtrack - Public Enemy - Supermixx's Black In The
Building .mp3 (5,532,942 bytes)

File Name: Neyo - In My Own Words - 04 - When You're Mad.mp3 (4,470,694 bytes)

File Name: Johnta Austin - Dope Fiend.mp3 (6,041,534 bytes)

File Name: The Federation - 18 Dummy.mp3 (5,071,798 bytes)

File Name: Elton John - The Way You Look Tonight.mp (3,830,906 bytes)

File Name: Ruben Studdard - Change Me.mp3 (6,374,980 bytes)

File Name: Trey Songz - I Gotta Make It - 17 - Just Gotta Make It (Remix) - ft.
Aretha Franklin & Juvenile.mp3 (6,097,285 bytes)

File Name: Tyrese ft. Lil Jon - Turn Ya Out.mp3 (4,639,494 bytes)

File Name: Gavin DeGraw - I Don't Wanna Be.mp3 (3,402,156 bytes)

File Name: Too Short - Gangsters & Strippers.mp3 (4,642,816 bytes)

File Name: Young Jock ft Marques Houston - 1st Time.mp3 (6,595,409 bytes)

File Name: Mario-Crying Out For Me.mp3 (5,177,344 bytes)

File Name: Lil Mama - Lip Gloss.mp3 (4,098,738 bytes)

File Name: Marques Houston - Veteran - My Promise ft. LeToya Luckett.mp3 (5,762,127
bytes)

File Name: The Pack - Candy.mp3 (4,268,548 bytes)

File Name: The A'z - Dummy In Da Club.mp3 (3,440,768 bytes)

File Name: Bobby Tinsley - Hold on.mp3 (5,675,971 bytes)

File Name: Izz Thizz--Gas Skrape (Produced by Traxamillion) [finestblackbeatz.mp3
(3,624,117 bytes)

File Name: 09-robin_thicke-i_need_1love.mp3 (7,100,544 bytes)

File Name: Marques Houston - I Wasn't Ready.mp3 (6,355,687 bytes)

File Name: Instrumentals - The Neptunes-Battle .mp3 (1,613,170 bytes)

File Name: Mike Jones - Flossin.mp3 (4,760,161 bytes)

File Name: Deepside - I Ain't Stupid.mp3 (5,849,088 bytes)

File Name: Mike Jones ft. Snoop Dogg & Bun B - My 64.mp3 (7,470,353 bytes)

File Name: Michael Jackson - You Are Not Alone.mp3 (5,534,336 bytes)

File Name: The Pack - Oh Go.mp3 (4,178,786 bytes)

File Name: R Kelly - The Worlds Greatest.mp3 (4,078,446 bytes)

File Name: Brandy - Almost Doesn't Count (1).mp3 (3,483,847 bytes)

File Name: 2gether - Say It Dont Spray It.mp3 (3,219,368 bytes)

File Name: Bobby Tinsley - Addicted.mp3 (6,279,202 bytes)
```
Page 15

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: Sting & The Police - Message In A Bottle 1.mp3 (4,663,673 bytes)
File Name: Johnta Austin - ''Joy'' (2006)-1ST.mp3 (6,238,336 bytes)
File Name: gym class heros - Cupids Chokehold.mp3 (6,027,878 bytes)
File Name: Twista ft. Faith Evans - Hope.mp3 (6,051,840 bytes)
File Name: 12-craig_david-my_love_dont_stop.mp3 (6,876,940 bytes)
File Name: The Team- Just Go.mp3 (5,211,242 bytes)
File Name: Sammie - First Time.mp3 (3,896,656 bytes)
File Name: Teddy Geiger - Love Is A Marathon.mp3 (3,719,505 bytes)
File Name: Loon ft. Mario Winans - Down For Me.mp3 (4,005,807 bytes)
File Name: New Edition - Mr Telephone Man(1).mp3 (3,812,720 bytes)
File Name: Bobby Tinsley - Time.mp3 (3,616,768 bytes)
File Name: Cassidy - I'm A Hustla - 04 - Crack.mp3 (7,178,102 bytes)
File Name: Michael Jackson - Don't stop till you get enough.mp3 (5,840,689 bytes)
File Name: T-pain feat Yung Joc- Buy You A Drink.mp3 (9,315,367 bytes)
File Name: Deepside ft R. Kelly - Let's Make Love.mp3 (4,333,568 bytes)
File Name: Gavin De Graw -more than just anyone.mp3 (7,124,362 bytes)
File Name: Marcus Houston - Favorite Girl.mp3 (5,507,142 bytes)
File Name: Marques Houston - Cancel.mp3 (5,734,437 bytes)
File Name: The Temptations - Ain't Too Proud To Beg.mp3 (2,463,842 bytes)
File Name: Aaron Carter - That's How I Beat Shaq.mp3 (4,899,830 bytes)
File Name: The Spill Canvas - Lust A Prima Vista.mp3 (5,068,672 bytes)
File Name: Elton John - Elton john - The Way You Look Tonight.mp3 (3,830,650 bytes)
File Name: Disney - Beauty and the Beast - Be Our Guest.mp3 (3,597,336 bytes)
File Name: Team Knock - THE ONE.mp3 (3,531,315 bytes)
File Name: Big Tymers - Number 1 Stunna.mp3 (6,757,798 bytes)
File Name: The Spill Canvas - Homesick.mp3 (2,978,761 bytes)
File Name: The Corrs - Falling In Love With You.mp3 (3,532,502 bytes)
File Name: 12-sammie-slow.mp3 (5,102,841 bytes)
File Name: The Wolf Pack ft. Mistah Fab - Yes Sir.MP3 (3,221,504 bytes)
File Name: Remy_Martin-Conceited_(Dirty).mp3 (5,384,277 bytes)
File Name: TeamKnoc Muzic - I Go Dumb In The Club2.mp3 (3,151,915 bytes)

CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: Drake ft Trey Songz - Replacement Girl.mp3 (3,587,426 bytes)

File Name: Tevin Campbell - Eye to Eye (From the A Goofy Movie Soundtrack).mp3 (2,912,457 bytes)

File Name: Mighty Morphin Power Rangers (theme song).mp3 (838,790 bytes)

File Name: DJ Khaled Feat. Paul Wall, Lil' Wayne, Rick Ross, Fat Joe & Pitbull - Holla At Me Baby.mp3 (6,683,006 bytes)

File Name: Baby Boy - Naw meen.mp3 (5,716,889 bytes)

File Name: 50 Cent - Many Men.mp3 (6,154,749 bytes)

File Name: Pretty Ricky - Bluestars - 10 - Get You Right.mp3 (7,189,135 bytes)

File Name: Bone Thugs N Harmony ft Akon - I Tried.mp3 (6,931,900 bytes)

File Name: The Spill Canvas - Bound to Happen.mp3 (7,413,760 bytes)

File Name: Best Song Ever - Power Rangers theme.mp3 (4,803,257 bytes)

File Name: Disney - Little Mermaid - Under the Sea.mp3 (3,070,326 bytes)

File Name: Mr. Capone E - Youre The One For Me.mp3 (3,733,797 bytes)

File Name: Remember The Name.mp3 (3,659,424 bytes)

File Name: Lil Wayne - Money on My Mind.mp3 (7,112,218 bytes)

File Name: Birdman & Lil Wayne - Leather So Soft.mp3 (5,832,704 bytes)

File Name: The Spill Canvas - Aim Snap Fall.mp3 (3,793,670 bytes)

File Name: Thizz Nation - Yadada.mp3 (4,123,244 bytes)

File Name: Marques_Houston__Circle.mp3 (5,806,080 bytes)

File Name: Mistah F.A.B. and Yukmouth - Go Damn Dumb.mp3 (3,621,479 bytes)

File Name: Disney - Pumba, Timon, Nala and Simba - Can You Feel the Love Tonight.mp3 (2,885,076 bytes)

File Name: Reynard Silva - Holiday.mp3 (6,039,974 bytes)

File Name: BET Freestyle Friday - All Of Jin's Battles.mp3 (7,333,059 bytes)

File Name: B2K - Everything.mp3 (3,805,187 bytes)

File Name: Too Short - Blow_the_Whistle___Dirty.mp3 (4,007,174 bytes)

File Name: Mc Lars - White kids Aren't hyphy.mp3 (4,741,248 bytes)

File Name: The Spill Canvas - Self Conclusion.mp3 (9,132,043 bytes)

File Name: Omarion Ft Usher Icebox Remix.mp3 (5,147,248 bytes)

File Name: Rich Boy - Throw Some Ds (Dirty).mp3 (5,764,460 bytes)

File Name: Timbaland ft. Nelly Furtado & Justin Timberlake - Give It To Me.mp3 (3,792,056 bytes)

File Name: The Spill Canvas - The Tide.mp3 (5,729,929 bytes)

```
        CSU - Monterey Bay Doe #11 - 126467937 - UserLog(Compressed).txt
File Name: Tyrone Wells - Dream Like New York.mp3 (4,461,324 bytes)
File Name: Tyrone Wells - Need.m4a (3,869,508 bytes)
File Name: Chris Brown - Yo (Excuse Me Miss).mp3 (5,264,240 bytes)
File Name: Chris Brown - Gonna Be My Girl.mp3 (2,960,449 bytes)
File Name: Tyrone Wells - I Will Remember You.mp3 (6,995,561 bytes)
File Name: Tyrone Wells - When All Is Said and Done.mp3 (4,813,722 bytes)
File Name: Tyrone Wells - No Good Without You.mp3 (4,641,941 bytes)
File Name: Tyrone Wells - All I Can Do.mp3 (4,303,812 bytes)
File Name: Cartel - Honestly.mp3 (4,209,551 bytes)
File Name: Cartel- Save us.mp3 (7,600,379 bytes)
File Name: Marques Houston - All Because Of You.mp3 (8,568,207 bytes)
File Name: Micheal Jackson - You Rock My World.mp3 (4,885,948 bytes)
```