Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; LAFACE
RECORDS LLC; BMG MUSIC; SONY
BMG MUSIC ENTERTAINMENT; and
ARISTA RECORDS LLC

**FILED**
JAN 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-07 4843 CW

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>Plaintiffs,<br>v.<br>JOHN DOE,<br>Defendant. | CASE NO.<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

1

Proposed Order
Case No.
#32676 v1

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on California State Univ -
4   Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") at IP 207.62.147 by serving a Rule 45
5   subpoena that seeks documents that identify Defendant, including the name, current (and permanent)
6   address and telephone number, e-mail address, and Media Access Control addresses for Defendant.
7   The disclosure of this information is consistent with California State Univ - Monterey Bay's
8   obligations under 20 U.S.C. 1232g.
9   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11  under the Copyright Act.

Dated: JAN 10 2008

By: _____
United States District Judge

Proposed Order
Case No.
#32676 v1

2