Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; LAFACE
RECORDS LLC; BMG MUSIC; SONY
BMG MUSIC ENTERTAINMENT; and
ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. 4:07-CV-04843-CW<br><br>**Honorable Claudia Wilken**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs respectfully request that the Court continue the case management conference currently set for April 8, 2008, at 2:00 p.m. to July 15, 2008. As further explained below, Plaintiffs have not yet discovered the true identity of the Doe defendant in this case, so there is no known Defendant with whom to confer at this time. In support of their request, Plaintiffs state as follows:

1. Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on September 20, 2007. Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider – here, California State University, Monterey Bay ("Cal State Monterey Bay").

2. Accordingly, also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on Cal State Monterey Bay so that Plaintiffs could discover information sufficient to identify Defendant.

3. While Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery was pending, the Court issued a December 21, 2007 Order granting Plaintiffs' previous request for a continuance of the case management conference from the original date of January 8, 2008 to the current date of April 8, 2008.

4. The Court entered an Order for Leave to Take Immediate Discovery on January 10, 2008, which was promptly served on Cal State Monterey Bay on January 17, 2008 along with a Rule 45 subpoena seeking information sufficient to identify the Doe defendant.

5. After Plaintiffs granted a requested extension of the subpoena response date, Cal State Monterey Bay only recently responded to Plaintiffs' subpoena on March 18, 2008. However, the response was incomplete. Plaintiffs have since followed up with Cal State Monterey Bay, and the University has agreed to provide a further response to the subpoena on April 4, 2008.

6. If Plaintiffs are able to identify Defendant, Plaintiffs will attempt to contact Defendant and resolve the dispute. If the dispute cannot be resolved, Plaintiffs plan to amend the complaint to name the Doe defendant individually and proceed to serve process upon him or her. However, Plaintiffs cannot move this case forward until they first discover Defendant's true identity.

1

Ex Parte Application and [Proposed] Order
Case No. 4:07-cv-04843-CW
#36294 v1

7. Given the foregoing circumstances, and because there is no known defendant with whom to confer, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for April 8, 2008, at 2:00 p.m. to July 15, 2008, or such other date as conveniences the Court.

8. Plaintiffs will provide Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated: March 21, 2008                                    HOLME ROBERTS & OWEN LLP


                                                         By: _____*/s/ Matthew Franklin Jaksa*____
                                                              MATTHEW FRANKLIN JAKSA
                                                              Attorney for Plaintiffs

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for April 8, 2008, at 2:00 p.m. be continued to July 15, 2008.

Dated: _____     By: _____
                                                                        Honorable Claudia Wilken
                                                                        United States District Judge