Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:       matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; LAFACE
RECORDS LLC; BMG MUSIC; SONY
BMG MUSIC ENTERTAINMENT; and
ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br> Defendant. | CASE NO. 4:07-CV-04843-CW <br><br> **Honorable Claudia Wilken** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Notice of Voluntary Dismissal
Case No. 4:07-cv-04843-CW
#36885 v1

1   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs UMG RECORDINGS, INC, *et al*., by
2 and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3 claims against Defendant John Doe, also identified as ID #126467937 with IP address
4 207.62.147.104 2007-04-23 03:37:06 EDT, each party to bear its/his own fees and costs.  The Clerk
5 of Court is respectfully requested to close this case.

7 Dated:  April 18, 2008                          HOLME ROBERTS & OWEN LLP

9                                              By:  _____*/s/ Matthew Franklin Jaksa*___
10                                                    MATTHEW FRANKLIN JAKSA
                                                      Attorney for Plaintiffs

Notice of Voluntary Dismissal
Case No. 4:07-cv-04843-CW
#36885 v1

1